IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AIRPORT RESTAURANT, LLC,

      Appellant,

  v.

      Case No.  5D22-441
      LT Case No. 2019-10300-CIDL

MARLON BATES,

      Appellee.

_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge

Daniel S. Weinger and Nicholas J.
Christopolis, of Luks, Santaniello,
Petrillo, Cohen & Peterfriend,
Jacksonville, for Appellant.

James C. Blecke, of The Haggard
Law Firm, P.A., Coral Gables, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and JAY, JJ., concur.